# UNITED STATES DISTRICT COURT

Middle      DISTRICT OF      Pennsylvania

USA

V.

Justin Lough

**EXHIBIT AND WITNESS LIST**

Case Number: 4:17cr0139

| PRESIDING JUDGE U.S. Magistrate Judge Arbuckle | PLAINTIFF'S ATTORNEY AUSA George Rocktashel | DEFENDANT'S ATTORNEY FPD Toni Byrd |
|---|---|---|
| Hearing Date 9/25/2017 | COURT REPORTER Audacity Digital Recording | COURTROOM DEPUTY Cindy Hitesman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/25/17 | D1 | 9/25/17 | Letter from Suzie and Keith Thompson |
| | 2 | 9/25/17 | D 2 | 925/17 | Letter from Wade A. Gayle |
| | 3 | 9/25/17 | D3 | 9/25/17 | Letter from Bryan and Shannon Morrison |
| | 4 | 9/25/17 | D 4 | 9/25/17 | Letter from Deacon Carl Pitts |
| | 5 | 9/25/17 | D 5 | 9/25/17 | Letter from Danny Davis |
| | 6 | 9/25/17 | D6 | 9/25/17 | McDonald's Employment Record |
| | 7 | 9/25/17 | D7 | 9/25/17 | Espina Stone Co. Employment Record |
| | 8 | 9/25/17 | D8 | 9/25/17 | Letter from Pastor John Hamric |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.