# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00139 |
| v. | (Judge Brann) |
| JUSTIN DANIEL LOUGH, and JACOB MARK ROBARDS, | |
| Defendants. | |

## ORDER

**AND NOW**, this 5th day of March 2019, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss the Indictment Based on Outrageous Government Conduct, January 12, 2018, ECF No. 126, is **DENIED**.

2. Defendants' Supplemental Motion to Dismiss the Indictment Based on Outrageous Government Conduct Due to Destruction of Evidence, June 18, 2018, ECF No. 190, is **DENIED**.

3. Defendant Lough's Motion to Suppress Physical Evidence Obtained Pursuant to Search Warrant for 417 Maple Avenue, Waynesboro Virginia, October 19, 2018, ECF No. 232 is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge