UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:17-CR-139-4 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| JUSTIN DANIEL LOUGH, | ) | |
| Defendant | ) | |

### ORDER ON COVID-19 BAIL DECISION
(Doc. 403)

The Defendant's Request for an in-court hearing on bail (Doc. 406) is DENIED. In accordance with the accompanying Memorandum of this date, the Motion for Bail (Doc. 403) is DENIED.

Dated: April 30, 2020

BY THE COURT

*s/William Arbuckle*
William Arbuckle
U.S. Magistrate Judge